**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**STACY CARDOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-04-5318 |
| ) | |
| Plaintiff, ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| v. ) | |
| ) | |
| STACY CARDOZA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant, STACY CARDOZA, hereby substitutes Nicholas F. Reyes, with law offices at 1107 "R" Street, Fresno, California 93721, in place and stead of the FEDERAL DEFENDER.

Dated: April 4, 2006                /s/ Stacy Cardoza
                                    STACY CARDOZA, Defendant

Dated: April 4, 2006                /s/ Victor M. Chavez
                                    FEDERAL DEFENDER
I accept the above substitution.

Dated: April 4, 2006                /s/ Nicholas F. Reyes
                                    NICHOLAS F. REYES, ESQ.

IT IS SO ORDERED.

**Dated:   April 6, 2006**              /s/ **Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE